

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **David V. Holmes**<br>(212) 356-2549<br>daholmes@law.nyc.gov |

March 24, 2023

Via ECF:
Honorable Jennifer L. Rochon
United States Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, New York 10007

        Re:   Taylor v. NYC Health and Hospitals Corporation
                 22-cv-10387-JLR

Dear Judge Rochon:

      I am an Assistant Corporation Counsel in the office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, assigned to represent the Defendant in the above-referenced matter. Defendant apologizes for the tardiness of this request to the Court. Defendant respectfully requests a stay in the time to respond to the Plaintiff's Complaint, until two weeks after mediation has concluded. Defendant's response to the Complaint would otherwise be due March 24, 2023. Defendant requests this extension to explore potential resolutions to this case without the need for further litigation. Plaintiff consents to this request.

      I thank the Court for consideration of this request.

                              Respectfully submitted,

                              /s/ *David Holmes*

                              **David V. Holmes**
                              Assistant Corporation Counsel

Cc: All counsel of record (via ECF)

Request **GRANTED**. This action is **STAYED** pending the parties' mediation. The initial pretrial conference scheduled for May 18, 2023 is adjourned. Defendant shall answer or otherwise respond to the Complaint within **two weeks** of the conclusion of the parties' mediation. Additionally, the parties shall file a joint status letter to the Court **within one week** after the parties' mediation or by **May 24, 2023**, whichever is earlier.

                        SO ORDERED.

Dated: March 24, 2023
       New York, New York
                      *Jennifer Rochon*
                      **JENNIFER L. ROCHON**
                      **United States District Judge**